SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
MATTHEW NICKELL (Cal. Bar No. 304828)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8805
Facsimile: (213) 894-7819
E-mail: Matthew.Nickell@usdoj.gov

Attorneys for Defendant,
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX GAITAN PEREZ JR.; ROGELIO J. PULIDO; ROBERT DAVIDSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | No. CV 17-3863 PA (FFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[PROPOSED]**<br><br>Honorable Percy Anderson<br>United States District Judge |

The parties having filed a Stipulation for Compromise Settlement and Dismissal, IT IS HEREBY ORDERED:

1. Plaintiffs' action is dismissed with prejudice in its entirety;

//

//

2. Each party shall bear its own costs of suit and fees; and

3. The Court retains jurisdiction pending payment of the settlement.

DATED: November 7, 2017

_____
Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:

SANRDA R. BROWN
Acting United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section


/s/ *Matthew Nickell*
MATTHEW NICKELL
Assistant United States Attorney
Attorneys for Defendant,
United States of America

Dated: November 7, 2017